Beryle H. Childs, appellee, v. Pierre Nuyttens, appellant. Gen. No. 32,533.

Opinion filed October 11, 1928.

Mack & Wikoff, for appellant; Howard H. Wikoff and Arthur E. Frankenstein, of counsel. Braun, Anderson & Norby, for appellee; Joseph H. Braun and T. Russell Baker, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Catherine Howard, administratrix of the estate of Samuel F. Howard, deceased, appellant, v. Chicago Title & Trust Company, administrator of the estate of George C. Amerson, deceased, appellee. Gen. No. 32,543.

Opinion filed October 11, 1928.

James F. Hutchison and Alfred Diamond, for appellant. Bulkley, More, Paynton & Overmyer, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Tom Chamales, appellee, v. Emmet Maginnis, appellant. Gen. No. 32,555.

Opinion filed October 11, 1928.

D'Ancona & Pflaum, for appellant. William B. Steinberg, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Rudolph P. Perlman and Chicago Title & Trust Company, trustee, complainants. Rudolph P. Perlman, appellee, v. Vincent Marzano et al., defendants, on appeal of Albert F. Mecklenberger, receiver, appellant. Gen. No. 32,577.

Opinion filed October 11, 1928.

Isaac B. Lipson, for appellant; Randolph Thornton, of counsel. Rosenberg, Braude & Zimmerman, for appellee; Benjamin Nelson and Henry A. Kalcheim, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.